IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JONATHAN COOPER**                                                                   **PETITIONER**

v.                                                    No. 4:22CV198-SA-DAS

**STATE OF MISSISSIPPI**                                             **RESPONDENT**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On August 2, 2023, the court entered an order requiring the petitioner to pay the filing fee in this case within 21 days. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on August 23, 2023. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b). In light of this ruling, the petitioner's motion [9] to respond to his amended petition is **DISMISSED** as moot.

      **SO ORDERED**, this, the 15th day of September, 2023.

                                                       /s/ Sharion Aycock
                                                       U. S. DISTRICT JUDGE